NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNION STEEL, LG HAUSYS, LTD.,
LG HAUSYS AMERICA, INC.,
AND DONGBU STEEL CO., LTD.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**NUCOR CORPORATION,**
*Defendant-Appellee,*

AND

**UNITED STATES STEEL CORPORATION,**
*Defendant-Appellee.*

---

2012-1248, -1315

---

Appeals from the United States Court of International Trade in consolidated case no. 11-CV-0083, Judge Jane A. Restani.

UNION STEEL v. US                          2

## ON MOTION

Before SCHALL, *Circuit Judge.*

### O R D E R

The Committee to Support U.S. Trade Laws moves without opposition for leave to file a brief amicus curiae in support of affirming the decision of the United States Court of International Trade.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25